UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CITY ELECTRIC SUPPLY COMPANY,

Plaintiffs,

vs.

EO CHARGING US, INC., and
JUUCE LIMITED,

Defendants.

Case No. 1: 25-cv-00936-JPO

**ORDER**

Having considered Plaintiff City Electric Supply Company's Motion to Sever,

IT IS ORDERED that:

(1)    City Electric Supply Company's claims against Juuce Limited, Inc. are severed from this action;

(2)    The stay entered in this matter on by this Court on November 4, 2025, is lifted in the severed action;

(3)    Defendant Juuce Limited shall appear through counsel and answer or otherwise file a responsive pleading under Rule 12 in the severed action within 21 days from the date of this Order.

SO ORDERED.

So ordered.

The Clerk of Court is directed to close the motion at Docket Number 55.

Plaintiff shall serve a copy of order on Juuce within 7 days.

Date: May 19, 2026

_____
J. PAUL OETKEN
United States District Judge