UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CITY ELECTRIC SUPPLY CO.,
                    Plaintiff,

        -v-

EO CHARGING US, INC., *et al.*,
                    Defendants.

25-CV-936 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

On May 19, 2026, Defendant Juuce Limited ("Juuce") was directed to appear through counsel and to file a responsive pleading on or by June 9, 2026. (ECF No. 61.) However, no appearance has been entered on Juuce's behalf, and no pleading has been filed in the allotted time. Plaintiff has not moved for a default judgment.

Plaintiff is directed to notify the Court whether it intends to move for default judgment, or if it has received any communication from Juuce or its counsel regarding a response to the complaint.

If Plaintiff fails by July 6, 2026 to either (1) file a letter concerning the status of the case, or (2) move for default judgment against Juuce, the action may be dismissed for failure to prosecute.

Plaintiff is directed to serve a copy of this order by mail on Juuce.

SO ORDERED.

Dated: June 15, 2026
       New York, New York

_____
             J. PAUL OETKEN
       United States District Judge