**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **CITY ELECTRIC SUPPLY COMPANY,**<br><br>***Plaintiff*,**<br><br>**vs.**<br><br>**EO CHARGING US, INC. and JUUCE LIMITED,**<br><br>***Defendants*.** | **Case No. 25-cv-00936** |

**ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT JUUCE LIMITED**

Upon Plaintiff City Electric Supply Company's motion for default judgment against Defendant Juuce Limited under Federal Rule of Civil Procedure 55(b)(2) and Local Civil Rule 55.2; the memorandum of law in support (Dkt. 70); the Declaration of Matthew F. Cooper (Dkt. 69-1); the supporting exhibits; the Clerk's Certificate of Default entered against Juuce Limited (Dkt. 68); and the full record in this action, the Court finds as follows:

Plaintiff filed the Second Amended Complaint on August 28, 2025, adding Juuce Limited as a defendant. The action against Juuce Limited was then severed, and Juuce Limited's counsel later withdrew. The Court ordered Juuce Limited to appear in the severed action through new counsel and to answer or otherwise respond to the Second Amended Complaint. Juuce Limited did not do so. On July 9, 2026, the Clerk entered Juuce Limited's default.

The well-pleaded allegations of the Second Amended Complaint establish Juuce Limited's liability. Those allegations, taken as true on default, establish that Juuce Limited is bound by the Distribution Agreement, directly or through EO Charging US, Inc.; that City Electric Supply Company performed or tendered performance; that Juuce Limited and EO Charging US, Inc.

delivered non-conforming goods and then refused to honor City Electric Supply Company's return rights and warranties; and that City Electric Supply Company was damaged as a result.

The Court further finds that City Electric Supply Company has proved damages with reasonable certainty through the Cooper Declaration and supporting business records. The records establish $4,213,920 in principal damages. The records also support prejudgment interest under New York law at nine percent per year. The interest calculation through July 22, 2026, is $780,325. The resulting judgment amount through July 22, 2026, is $4,994,245, exclusive of additional prejudgment interest after that date, taxable costs, and postjudgment interest.

The Court need not hold an evidentiary hearing because the sworn declaration and supporting records provide a sufficient basis to determine damages.

Accordingly, it is **ORDERED** that Plaintiff City Electric Supply Company's motion for default judgment against Defendant Juuce Limited is **GRANTED**.

It is further **ORDERED** that default judgment is entered in favor of Plaintiff City Electric Supply Company and against Defendant Juuce Limited in the amount of $4,994,245, consisting of $4,213,920 in principal damages and $780,325 in prejudgment interest through July 22, 2026.

It is further **ORDERED** that City Electric Supply Company is awarded additional prejudgment interest on the principal amount of $4,213,920 at New York's statutory rate of nine percent per year, or $1,039.04 per day, from July 23, 2026, through the date judgment is entered.

It is further **ORDERED** that City Electric Supply Company may recover taxable costs in the amount taxed by the Clerk of Court.

It is further **ORDERED** that postjudgment interest will accrue under 28 U.S.C. § 1961 from the date judgment is entered until the judgment is paid.

The Clerk of Court is respectfully directed to enter judgment against Juuce Limited consistent with this Order.

**SO ORDERED.**

Dated: October 13, 2026
New York, New York

J. PAUL OETKEN
United States District Judge