**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

CITY ELECTRIC SUPPLY COMPANY,

Plaintiff,

25 **CIVIL** 00936 (JPO)

-against-

**DEFAULT JUDGMENT**

EO CHARGING US, INC. and
JUUCE LIMITED,

Defendant.

---------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED, AND DECREED**, that for the reasons stated in the Court's Order dated October 13, 2026, Plaintiff City Electric Supply Company's motion for default judgment against Defendant Juuce Limited is GRANTED. It is further ORDERED that default judgment is entered in favor of Plaintiff City Electric Supply Company and against Defendant Juuce Limited in the amount of $4,994,245, consisting of $4,213,920 in principal damages and $780,325 in prejudgment interest through July 22, 2026. It is further ORDERED that City Electric Supply Company is awarded additional prejudgment interest on the principal amount of $4,213,920 at New Yorks statutory rate of nine percent per year amounting to $86,241.05 in total additional interest, or $1,039.04 per day, from July 23, 2026, through the date judgment is entered. It is further ORDERED that City Electric Supply Company may recover taxable costs in the amount taxed by the Clerk of Court. It is further ORDERED that postjudgment interest will accrue under 28 U.S.C. § 1961 from the date judgment is entered until the judgment is paid.

**DATED**: New York, New York

October 14, 2026

**TAMMI M. HELLWIG**

________________________

**Clerk of Court**

**BY:** ________________________

**Deputy Clerk**